NUMBER 13-05-381-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

 

 

 

                            IN RE: NANCY WALKER

 

 

 

                 ON PETITION FOR WRIT
OF MANDAMUS

 

 

 

                     MEMORANDUM OPINION

 

                       Before Justices Yañez, Castillo, and Garza

                            Per Curiam Memorandum Opinion[1]

                                                    

Relator Nancy Walker filed a request for temporary relief
staying trial court proceedings, and a petition for writ of mandamus in the
above cause on June 16, 2005.  That same
day, the Court requested a response from  the real party in interest, Richard
Walker.








The Court, having
examined and fully considered the petition for writ of mandamus and the response, is of the opinion that relator
has not shown herself entitled to the relief sought and that the requests should be denied.  See Tex.
R. App. P. 52.8(a).  The petition for writ of mandamus is
DENIED.  The request for emergency stay
of proceedings is DENIED AS MOOT. 

 

PER CURIAM

Memorandum Opinion  delivered and
filed

this
28th day of June 2005.

 

 

 

 











[1]See Tex. R.
App. P. 47.1.